**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: January 7, 2020**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Vancouver, Washington**
**RESPONSE DATE: December 31, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 19-42865-BDL |
| SHAYNE EDWARD MILES, | NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |
| Debtor. | |

## **NOTICE**

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Brian D. Lynch at **1:00 P.M. on January 7, 2020**, at the Vancouver Federal Building, 500 West 12th, 2nd Floor, Vancouver, WA 98660.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **December 31, 2019**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

NOTICE AND MOTION FOR DISMISSAL - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## MOTION

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. Debtor filed this case on **September 5, 2019**. The case has not been confirmed.

2. Pursuant to the proposed plan, Debtor is required to make plan payments of **$3,200.00** per month. Debtor is presently delinquent in plan payments in the amount of **$6,500.00**, supported by the Declaration filed herewith.

3. Debtor has defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(4) failure to remit plan payments.

   **WHEREFORE** the Trustee prays that this case be dismissed and closed.

   **DATED** this 4th day of December, 2019 at Tacoma, Washington.

   _____
   Matthew J.P. Johnson, WSBA# 40476 for
   Michael G. Malaier, Chapter 13 Trustee

NOTICE AND MOTION FOR DISMISSAL        - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600