**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**LOCATION: Vancouver, Washington**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No.: 19-42865-BDL |
|---|---|
| SHAYNE EDWARD MILES, | DECLARATION OF ZABRINA MADDOX IN SUPPORT OF MOTION TO DISMISS |
| Debtor. | |

I, Zabrina Maddox, hereby declare that the following statements are true and correct to the best of my knowledge, and am subject to penalty of perjury under the laws of the United States:

1. I am over the age of eighteen, a resident of the United States of America, and otherwise competent to provide the following testimony from my personal knowledge;
2. I am employed by Michael G. Malaier, Chapter 13 Trustee charged with administering the instant bankruptcy estate;
3. I am the case administrator assigned to the above-captioned case;
4. According to our records, Debtors have failed to make all payments as required by the plan;

DECLARATION IN SUPPORT - 1

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

5. As of today's date, the payment delinquency stands at $6,500.00, pursuant to the below payment history:

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2019 | $3,200.00 | | | $3,200.00 |
| 2 | 10/2019 | $3,200.00 | | | $6,400.00 |
| 3 | 11/2019 | $3,200.00 | $3,100.00 | | $6,500.00 |
| 4 | 12/2019 | | | | $6,500.00 |

6. That I will provide any further information required by the Court to assist in its adjudication of the issues presented in Trustee's Motion to Dismiss.

**DATED** this 4th day of December, 2019 at Tacoma, Washington.

    /s/ Zabrina Maddox
Zabrina Maddox
Case Administrator to
Michael G. Malaier
Chapter 13 Trustee

DECLARATION IN SUPPORT - 2

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600