**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**LOCATION: Vancouver, Washington**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>SHAYNE EDWARD MILES,<br><br>Debtor. | Case No.: 19-42865-BDL<br><br>DECLARATION OF TRACY MAHER IN SUPPORT OF MOTION TO DISMISS |

I, Tracy Maher hereby declare that the following statements are true and correct to the best of my knowledge, and I am subject to penalty of perjury under the laws of the United States:

1. I am over the age of eighteen, a resident of the United States of America, and otherwise competent to provide the following testimony from my personal knowledge.
2. I am employed by Michael G. Malaier, Chapter 13 Trustee charged with administering the instant bankruptcy estate.
3. According to our records, Debtor has failed to make all payments as required by the plan.
4. As of today's date, the payment delinquency stands at $16,020.00, pursuant to the below payment history:

DECLARATION IN SUPPORT OF MOTION TO DISMISS - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2019 | $3,200.00 | | | $3,200.00 |
| 2 | 10/2019 | $10.00 | | | $3,210.00 |
| 3 | 11/2019 | $10.00 | $3,100.00 | | $120.00 |
| 4 | 12/2019 | $3,200.00 | $3,300.00 | | $20.00 |
| 5 | 1/2020 | $3,200.00 | $3,200.00 | | $20.00 |
| 6 | 2/2020 | $3,200.00 | | | $3,220.00 |
| 7 | 3/2020 | $3,200.00 | $3,200.00 | | $3,220.00 |
| 8 | 4/2020 | $3,200.00 | | | $6,420.00 |
| 9 | 5/2020 | $3,200.00 | | | $9,620.00 |
| 10 | 6/2020 | $3,200.00 | | | $12,820.00 |
| 11 | 7/2020 | $3,200.00 | | | $16,020.00 |
| 12 | 8/2020 | | | | $16,020.00 |

**Total Delinquent Amount: $16,020.00**

5. I will provide any further information required by the Court to assist in its adjudication of the issues presented in the Motion to Dismiss.

**EXECUTED** at Tacoma, Washington this 20th day of August, 2020.

/s/Tracy Maher
Tracy Maher, Motion Coordinator for
Michael G. Malaier, Chapter 13 Standing Trustee

DECLARATION IN SUPPORT OF MOTION TO DISMISS - 2