**Fill in this information to identify the case:**

Debtor 1    Shayne Edward Miles

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Western   District of Washington

Case number   19-42865-BDL

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: AmeriHome Mortgage Company, LLC

Court claim no. (if known): 9

Last 4 digits of any number you use to identify the debtor's account:   5   1   7   1

Date of payment change:
Must be at least 21 days after date of this notice    7/1/2020

New total payment:
Principal, interest, and escrow, if any    $   2022.39

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
_____

Current escrow payment: $   470.62*     New escrow payment: $   513.59

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

Current interest rate: _____%     New interest rate: _____%

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Lesley Bohleber*

Signature

Date  06/02/2020

Print:  Lesley D. Bohleber
First Name      Middle Name      Last Name

Title  Authorized Agent for Creditor

Company  Aldridge Pite, LLP

Address  4375 Jutland Dr. Suite 200; P.O. Box 17933
Number        Street

San Diego                    CA      92177
City                        State    ZIP Code

Contact phone  (858) 750-7600

Email  LLueke@aldridgepite.com

*Please note the "Present Payment" in the amount of $2047.49 referenced in the Escrow Account Disclosure Statement attached to this Notice of Mortgage Payment Change is the payment the Debtor is contractually due for under the terms of the mortgage. However, the Debtor's current post-petition payment amount prior to the payment change reflected in this notice is $1979.42 as reflected in the previously filed Proof of Claim.



PO Box 77404
Ewing, NJ 08628

NMLS ID 135776

SHAYNE MILES
1720 NE 12TH ST
BATTLE GROUND WA 98604-4647

04/22/20

Customer Service 855-501-3035

| Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis. |
|---|

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT LOAN PAYMENT

Your present payment, 02/01/19 consists of: Principal & Interest (P & I)     $1,508.80
Escrow Deposit     $538.69

**Total Loan Payment**     **$2,047.49**

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

Bills due in the upcoming year:

| | |
|---|---|
| Mortgage Ins | $2,058.12 |
| County Tax | $3,024.00 |
| Hazard Ins | $1,081.00 |

**Annual Disbursements:**     **$6,163.12**     **One-Twelfth/Monthly Amount: $513.59**

### ACCOUNT HISTORY

The following statement of activity in your escrow account from 10/19 through 06/20 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $2,047.49 and $538.69 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | | Payments Projected | Actual | Disbursements Projected | Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance | $2,582.76 | -$4,071.93 |
| OCT | 2019 | 470.62 | * | 175.44 | * | FHA MIP | 2,877.94 | -4,071.93 |
| OCT | 2019 | | | 1,254.58 | 1,254.49 * | R.E. TAX | 1,623.36 | -5,326.42 |
| OCT | 2019 | | | 1,033.00 | * | HAZARD INS | 590.36 | -5,326.42 |
| OCT | 2019 | | | | 175.44 * | FHA MIP | 590.36 | -5,501.86 |
| NOV | 2019 | 470.62 | * | 175.44 | 175.44 | FHA MIP | 885.54 | -5,677.30 |
| DEC | 2019 | 470.62 | * | 175.44 | * | FHA MIP | 1,180.72 | -5,677.30 |
| DEC | 2019 | | | | 171.51 * | FHA MIP | 1,180.72 | -5,848.81 |
| JAN | 2020 | 470.62 | * | 175.44 | * | FHA MIP | 1,475.90 | -5,848.81 |
| JAN | 2020 | | | | 171.51 * | FHA MIP | 1,475.90 | -6,020.32 |
| FEB | 2020 | 470.62 | 1,077.38 * | 175.44 | * | FHA MIP | 1,771.08 | -4,942.94 |
| FEB | 2020 | | | | 171.51 * | FHA MIP | 1,771.08 | -5,114.45 |

### *** CONTINUED ON REVERSE SIDE ***

### SURPLUS

Shayne Miles
1720 NE 12th St
Battle Ground WA 98604-4647



NMLS ID 135776

Surplus Amount:     $196.94

Due to the delinquent status of your account, however, we will retain your surplus.

| MAR | 2020 | 470.62 | * | 175.44 | * | FHA MIP | 2,066.26 | -5,114.45 |
|-----|------|--------|---|--------|---|---------|----------|-----------|
| MAR | 2020 | | | | 171.51 * | FHA MIP | 2,066.26 | -5,285.96 |
| APR | 2020 | 470.62 | 8,477.03 E* | 175.44 | E* | FHA MIP | 2,361.44 | 3,191.07 |
| APR | 2020 | | | 1,254.58 | 1,512.00 * | R.E. TAX | 1,106.86 | 1,679.07 |
| APR | 2020 | | | | 171.51 * | FHA MIP | 1,106.86 | 1,507.56 |
| MAY | 2020 | 470.62 | 470.62 E | 175.44 | 171.51 E* | FHA MIP | 1,402.04 | 1,806.67 |
| JUN | 2020 | 470.62 | 470.62 E | 175.44 | 171.51 E* | FHA MIP | 1,697.22 | 2,105.78 |
| JUL | 2020 | 470.62 | * | 175.44 | * | FHA MIP | 1,992.40 | |
| AUG | 2020 | 470.62 | * | 175.44 | * | FHA MIP | 2,287.58 | |
| SEP | 2020 | 470.62 | * | 175.44 | * | FHA MIP | 2,582.76 | |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date.  Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable. The letter "E" beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $5,647.44. Under Federal Law, your lowest monthly balance should not have exceeded $590.36, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $590.36.

# A C C O U N T   P R O J E C T I O N S

The following estimate of activity in your escrow account from 07/20 through 06/21 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements.  Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| | | Anticipated Amount | | | Projected Escrow | Required Escrow |
|-----|------|--------|----------|-------------|------------------|-----------------|
| Month | | To Escrow | From Escrow | Description | Account Balance | Account Balance |
| | | | | Beginning Balance | $2,105.78 | $1,908.84 |
| JUL | 2020 | 513.59 | 171.51 | FHA MIP | 2,447.86 | 2,250.92 |
| AUG | 2020 | 513.59 | 171.51 | FHA MIP | 2,789.94 | 2,593.00 |
| SEP | 2020 | 513.59 | 171.51 | FHA MIP | 3,132.02 | 2,935.08 |
| OCT | 2020 | 513.59 | 171.51 | FHA MIP | 3,474.10 | 3,277.16 |
| OCT | 2020 | | 1,512.00 | R.E. TAX | 1,962.10 | 1,765.16 |
| OCT | 2020 | | 1,081.00 | HAZARD INS | 881.10 | 684.16 |
| NOV | 2020 | 513.59 | 171.51 | FHA MIP | 1,223.18 | 1,026.24 |
| DEC | 2020 | 513.59 | 171.51 | FHA MIP | 1,565.26 | 1,368.32 |
| JAN | 2021 | 513.59 | 171.51 | FHA MIP | 1,907.34 | 1,710.40 |
| FEB | 2021 | 513.59 | 171.51 | FHA MIP | 2,249.42 | 2,052.48 |
| MAR | 2021 | 513.59 | 171.51 | FHA MIP | 2,591.50 | 2,394.56 |
| APR | 2021 | 513.59 | 171.51 | FHA MIP | 2,933.58 | 2,736.64 |
| APR | 2021 | | 1,512.00 | R.E. TAX | 1,421.58 | 1,224.64 |
| MAY | 2021 | 513.59 | 171.51 | FHA MIP | 1,763.66 | 1,566.72 |
| JUN | 2021 | 513.59 | 171.51 | FHA MIP | 2,105.74 | 1,908.80 |

**Your Projected Escrow Account Balance as of 06/30/20 is $2,105.78. Your Required Beginning Escrow Account Balance according to this analysis should be $1,908.84.**

This means you have a Surplus of $196.94. This surplus must be returned to you unless it is less than $15.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. Due to the delinquent status of your account, however, we will retain your surplus.

Once during this period, your Required Escrow Account Balance should be reduced to $684.16 as shown in October.  This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

# N E W   L O A N   P A Y M E N T

| Your new payment consists of: | Principal & Interest (P & I) | $1,508.80 |
|-------------------------------|------------------------------|-----------|
| | Escrow Deposit | $513.59 |
| **New Loan Payment** | **Beginning on July 1, 2020** | **$2,022.39** |

**Important Notes:**

**Automatic Draft Customers:**  If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount.  However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis.

*** CONTINUED  ON NEXT PAGE ***

**Insurance Renewal/Changing Insurance Companies**:  Upload proof of insurance coverage at www.MyCoverageInfo.com  using PIN: CEN300.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED  OR IS SUBJECT  TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL  PURPOSES  ONLY AND DOES NOT CONSTITUTE  A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS  AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 855-501-3035.



1 | LESLEY D. BOHLEBER (SBN 49150)
ALDRIDGE PITE, LLP
2 | The Ogden Building
9311 SE 36th St, Ste 100
3 | Mercer Island, WA 98040
Telephone: (425) 644-6471
4 |
**Mailing Address:**
5 | 4375 Jutland Drive, Suite 200
P.O. Box 17933
6 | San Diego, CA 92177-0933
Telephone: (858) 750-7600
7 | Facsimile: (619) 590-1385

8 | Attorneys for   AMERIHOME MORTGAGE COMPANY, LLC

9 |

10 | **UNITED STATES BANKRUPTCY COURT**

11 | **WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION**

| In re | Case No. 19-42865-BDL |
|---|---|
| SHAYNE EDWARD MILES, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE BY MAIL** |

I, Sarah Valdez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this case.

On June 8, 2020, I served the NOTICE OF MORTGAGE PAYMENT CHANGE  in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2020

/s/ *Sarah Valdez*
SARAH VALDEZ

1

## SERVICE LIST

**DEBTOR(S)**
(VIA U.S. MAIL)

Shayne Edward Miles
1720 NE 12th St
Battle Ground, WA 98604

**DEBTOR(S) ATTORNEY**
(VIA ELECTRONIC NOTICE)

Ellen Ann Brown

**CHAPTER 13 TRUSTEE**
(VIA ELECTRONIC NOTICE)

Michael G. Malaier

**U.S. TRUSTEE**
(VIA ELECTRONIC NOTICE)

United States Trustee